IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 12-cr-00369-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TRACY A. CARSON,

    Defendant.

## ORDER

    This matter is before the Court on the Government's Motion to Dismiss Remaining Count and for Third Point for Acceptance of Responsibility [Docket No. 29]. The Court has reviewed the pleading and is fully advised in the premises. It is

    **ORDERED** that the part of the motion requesting the dismissal of counts of the indictment is granted. Count Two of the Indictment is dismissed.

DATED June 10, 2013.

BY THE COURT:

PHILIP A. BRIMMER
United States District Judge